No. 73–372.  HARVEY *v.* SAULNIER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 73–373.  ALASKA BARITE CO. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied.

No. 73–385.  WOMACK *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–387.  MOBIL OIL CORP. *v.* WOOLARD ET AL. C. A. 5th Cir.  Certiorari denied.

No. 73–388.  JENNINGS *v.* BOENNING & CO. ET AL. C. A. 3d Cir.  Certiorari denied.

No. 73–5011.  COSTELLO *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.  Sup. Ct. Fla.  Certiorari denied.

No. 73–5024.  RODRIGUEZ *v.* NEW MEXICO.  C. A. 10th Cir.  Certiorari denied.

No. 73–5052.  SMITH *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 73–5116.  NORRIS *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 73–5164.  BROWN *v.* CARDWELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 73–5165.  SUMMERVILLE *v.* BRITTON, REFORMATORY SUPERINTENDENT.  C. A. 8th Cir.  Certiorari denied.

No. 73–5196.  BROOKS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–5218.  WILLIAMS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.